**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: JACK BUNCHER FOUNDATION | : | No. 79 WAL 2024 |
| | : | |
| | : | |
| | : | |
| PETITION OF: H. WILLIAM DORING, THOMAS J. BALESTRIERI, JOSEPH M. JACKOVIC AND THE JACK BUNCHER FOUNDATION | : : : : | Cross Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| IN RE: JACK BUNCHER FOUNDATION | : | No. 80 WAL 2024 |
| | : | |
| | : | |
| | : | |
| PETITION OF: H. WILLIAM DORING, THOMAS J. BALESTRIERI, JOSEPH M. JACKOVIC AND THE JACK BUNCHER FOUNDATION | : : : : | Cross Petition for Allowance of Appeal from the Order of the Commonwealth Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of July, 2024, the Cross Petition for Allowance of Appeal is **DENIED**.

     Justices Wecht and Brobson did not participate in the consideration or decision of this matter.